**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

—————————————————————————————
                                                      :
**DVI RECEIVABLES XIV, LLC, et al.,**                  :
      **Appellants,**                            :
    **vs.**                                          :     **CIVIL NO. 14-3787**
                                                      :
**NATIONAL MEDICAL IMAGING,**                          :
**LLC,**                                               :
      **Appellee.**                             :
—————————————————————————————           :
                                                      :
**DVI RECEIVABLES XIV, LLC, et al.,**                  :
      **Appellants,**                            :
    **vs.**                                          :     **CIVIL NO. 14-3828**
                                                      :
**NATIONAL MEDICAL IMAGING,**                          :
**HOLDING COMPANY, LLC,**                              :
      **Appellee.**                             :
—————————————————————————————           :
                                                      :
**ASHLAND FUNDING, LLC**                               :
      **Appellant,**                             :
    **vs.**                                          :     **CIVIL NO. 14-3969**
                                                      :
**NATIONAL MEDICAL IMAGING,**                          :
**LLC,**                                               :
      **Appellee.**                             :
—————————————————————————————           :
                                                      :
**ASHLAND FUNDING, LLC,**                              :
      **Appellant,**                             :
    **vs.**                                          :     **CIVIL NO. 14-3968**
                                                      :
**NATIONAL MEDICAL IMAGING,**                          :
**HOLDING COMPANY, LLC,**                              :
      **Appellee.**                             :
—————————————————————————————           :

## ORDER

**AND NOW**, this 24th day of March 2015, upon consideration of the records in the

appeals originally docketed at 14-3787, 14-3828, 14-3968 and 14-3969, Appellants' briefs in this

matter and Appellees' briefs in this matter, and the applicable legal authorities, the Court hereby **ORDERS** and **ADJUDGES** the following:

1. The Bankruptcy Court's Order of December 28, 2009, which dismissed the involuntary bankruptcy petitions against Appellees with prejudice is **AFFIRMED**; and

2. The Bankruptcy Court's Order of May 2, 2014, which denied reconsideration of the Bankruptcy Court's Order of December 29, 2009, is **AFFIRMED**;

3. All appeals from the Bankruptcy Court's Order of January 6, 2011, which *inter alia*, declined to vacate a stay of the Bankruptcy Court's proceedings, are **DISMISSED AS MOOT**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **CLOSE** these cases.

    **IT IS SO ORDERED.**

                                             **BY THE COURT:**

                                             **/s/ Cynthia M. Rufe**

                                             _____

                                             **CYNTHIA M. RUFE, J.**